STATE OF CONNECTICUT *v.* REYNALDO ARROYO

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 167 (AC 28044), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that the special credibility instruction mandated in *State* v. *Patterson*, 276 Conn. 452, 886 A.2d 777 (2005), was not applicable?

"2. Did the Appellate Court properly determine that the verdicts were not legally inconsistent?"

SCHALLER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18031.

*Andrew S. Liskov*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided November 15, 2007

JP MORGAN CHASE BANK *v.* PAUL HARRIS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 28862) is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Paul Harris*, pro se, in support of the petition.

*Bruce Fair*, in opposition.

Decided November 15, 2007